REYNOLDS<br>v.<br>BATSON.

---

### SAME CASE ON A RE-HEARING.

MERRICK, C. J. In refusing the re-hearing, we take occasion to observe that we consider our reasoning equally applicable to the case, if it be conceded that the slaves were stolen, as upon the supposition that they first absconded from the plaintiff's plantation, and were afterwards found in *Teral's* possession as ostensible owner.

Re-hearing refused.